# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CULBRETH, an individual; and CAROLYN VAUGHAN-CHALDY, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>SEAN McBRIDE, an individual; MICHELLE McBRIDE, and individual; UNITED STATES OF AMERICA; U.S. MARINE CORPS.; and DOES 1-20, inclusive.<br><br>    Defendants. | Case No.: 3:09-CV-00220-DMS WMc<br><br>**ORDER ON MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF SAN DIEGO**<br><br>Judge: Hon. Dana M. Sabraw<br>Courtroom: 10<br>Hearing Date: April 24, 2009<br>Time: 1:30 p.m. |

Plaintiff's Motion to Remand was scheduled for hearing on April 24, 2009.

No defendant having filed an Opposition to the Motion and the matter having been taken under submission and fully considered,

IT IS HEREBY ORDERED THAT this matter be remanded to the California Superior Court for the County of San Diego.

IT IS SO ORDERED.

4-22-09

                Judge of the Federal District Court
                of Southern California

---

1  09 CV 0220 DMS WMc

(PROPOSED) ORDER ON MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF SAN DIEGO